UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                         22 CR 166 (PKC)

          -against-                                             ORDER

GREGORY McKENZIE,

                        Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Conference originally scheduled for September 6, 2022 is adjourned to September 7, 2022 at 4:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                   P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           July 18, 2022