

December 17, 2022

**BY ECF**
Hon. P. Kevin Castel
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Greg McKenzie, 22 CR 166 (PKC)*

Dear Judge Castel:

I am counsel to Mr. McKenzie in the above referenced case. As Your Honor is aware, Mr. McKenzie's sentencing is currently scheduled for January 12, 2023 at 11:00am. As of today, the parties have not yet received the draft pre-sentence report ("PSR"). In addition, I have had long-standing plans for a family vacation to go to Florida and to visit my 94-year-old father beginning this Wednesday, December 21st and returning on December 31st. I understand that Your Honor's Individual Practices for Sentencing Proceedings requires the Defendant to submit his sentencing materials two weeks before sentencing. In this case, that would be December 29th. Because we do not yet have the draft PSR (and therefore, would not likely have the final PSR until after the 29th) and because of my planned holiday vacation, we respectfully request that the sentencing be adjourned until a date convenient with the Court in February 2023. The only dates in February that I am not available are February 7th and February 14th.

I have consulted with all three assigned AUSAs, who have no objection to an adjournment and take no position on its length.

Thank you for your attention to this matter.

Sincerely,

Peter Katz, Esq.
*Counsel to Greg McKenzie*

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

12-19-22