**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        *Plaintiff,*

    vs.

Greg McKenzie,

        *Defendant.*

**CRIM. NO.  22 CR 00166-001 (PKC)**

---

## DEFENDANT GREG McKENZIE'S
## SUBMISSION IN AID OF SENTENCING

---

Peter Katz, Esq.
LAW OFFICES OF PETER KATZ, LLC
116 Village Blvd., 2nd Floor
Princeton, NJ 08540
*Attorneys for Defendant,*
*Greg McKenzie*

Dear Judge Castel:

I write on behalf of my client, Greg McKenzie, in advance of his sentencing currently scheduled for February 8, 2022, to respectfully request a sentence of probation. As you will see from the myriad letters accompanying this submission, Mr. McKenzie is a good and decent person; one who's life is dedicated to two things – Family and people in need.  Greg is extremely remorseful; however, this conviction by no means defines him.

As Your Honor reviews the presentence report and the 3553(a) factors, I ask that you consider the following:

- Greg has no prior contact with the criminal justice system
- Greg readily admitted his guilt
- He is non-violent
- He is extremely remorseful
- He is ready, willing and able to comply with any probationary conditions placed on him
- He is the primary caretaker of his wife and children
- He has successfully pivoted post-arrest – after losing his job, pension and position in the Navy Reserves – to create a self-owned trucking business and career through which he can continue to help support himself and his family

In considering the factors enumerated in 18 U.S.C. §3553(a), the Court should bear in mind that as a 36-year-old citizen, Greg is a well loved and respected person in his family and community who has been humbled by this process and has learned his lesson.  Greg poses no threat to the public or community.  He has already begun the process of successfully rejoining society, after losing his job and his enlistment in the Navy Reserves, by creating a self-owned trucking company.  Thus, as we detail below, all the §3553(a) factors counsel that a sentence of probation is the only one no greater than necessary to achieve the goals of 18 U.S.C. §3553(a).

For these reasons as well as those that follow, it is respectfully submitted that the Court should sentence Greg McKenzie to probation.

Greg accepts full and complete responsibility for lying to law enforcement about the details of his cell phone. He knew better. It was a momentary blip in an otherwise law-abiding and law-respecting life. The devastating consequences of Greg's poor decision to do so have been far-reaching and painfully felt by him and his loved ones ever since. His conduct should not be taken lightly. But, without detracting from the seriousness of that singular act, determining a fair sentence for Greg must also include a careful consideration of factors not adequately set forth in his plea allocution or the Pre-Sentence Report ("PSR").

Like each and every one of us, Greg McKenzie is much more than the worst thing he has ever done. Greg is a self-sacrificing, empathetic, and hardworking citizen who nurtures his personal and professional relationships with compassion, authenticity, and care. This sentencing memorandum tells the full story of Greg's character through his life and familial experiences shared in the letters submitted by his family and community members – those who have experienced his unconditional love and support. This sentencing memorandum also attempts to capture the magnitude of Greg's anguish and remorse.

The Court's discretion in considering a broad array of information, including Greg's history and characteristics, to fashion a fair and just sentence cannot be understated. "This durable tradition remains, even as federal laws have required sentencing courts to evaluate certain factors when exercising their discretion," *Dean v. United States*, 137 S.Ct. 1170, 1175 (2017), despite the presence of the Federal Sentencing Guidelines, *see Gall v. United States*, 552 U.S. 38, 49-50 (2007) (explaining that the Guidelines are not "the only consideration" for determining an appropriate sentence). So, while the Court can use the Guidelines as "the starting point and initial bench mark" for its sentencing decision, it must nonetheless "make an idealized assessment based on the facts presented," relying on the factors set forth in 18 U.S.C. § 3553(a). *Id.* The overarching

goal is to "impose a sentence sufficient, but not greater than necessary, to comply with the four identified purposes of sentencing: just punishment, deterrence, protection of the public, and rehabilitation." *See Dean*, 137 S.Ct. at 1175 (quoting 18 U.S.C. § 3553(a)).

When the full scope of Greg's character, and the nature and circumstances of the offense conduct are considered, we respectfully submit that the appropriate punishment for Greg should be probation.


Background

Greg is a hard-working man who puts his family and friends above himself.  To begin, it is important to know that Greg fully accepts responsibility for his actions, as he indicated at his guilty plea and in his attached letter. By all accounts, prior to this conduct, for the entirety of Greg's life, he was an upstanding and law-abiding individual.

To be sure, Greg is a giving person, a man of integrity, a man committed to his family. He is dedicated to them and supports them financially, physically, emotionally, and spiritually.  In addition, Greg has worked with adults with special needs for many years so that they can live their fullest lives.

People speak glowingly of Greg, the family-man and effusively about Greg, the caretaker. Just a few of the insights about Greg: "the best father in the world," "the perfect father," "an oracle of knowledge," "reliable father," "great friend," "hard working," "great provider," "very ambitious," "dependable," "courteous," "responsible," "motivator," "ready to help the helpless," "protector," "family oriented," "loves kids," "an inspiration," "family-man first," "cheerful, patient and courteous."

We could cite a myriad of representative anecdotes of Greg's good deeds and high moral character, but we know Your Honor will see them yourself in the attached letters. *See* Defendant's Exhibit A, Letters of Support. Ramiro and Victoria Munoz – the parents of Julian, an adult with special needs – may have said it best: "Greg is cheerful, patient, courteous with our son treating him like an adult. He is dependable and reliable.... Greg has demonstrated the kind of character needed in those who care for adults with special needs."

<u>Sentencing Factors</u>

As Your Honor is well aware, pursuant to Title 18, United States Code, Section 3553(a), the Court shall impose a sentence sufficient, but not greater than necessary, to comply with the need for the sentence imposed. In this case, Your Honor must consider the following:

- The nature and circumstances of the offense
- The history and characteristics of the defendant
- The need for the sentence imposed
    - To reflect the seriousness of the offense, to promote respect for the law and to provide just punishment for the offense
    - To afford adequate deterrence to criminal conduct
    - To protect the public from further crimes of the defendant
- The kinds of sentences available
- The kinds of sentence and the sentencing range established by the guidelines
- The need to avoid unwarranted disparities

<u>Nature and Circumstances of the Offense</u>

As Greg noted in his letter, he is "truly sorry and very remorseful" and "embarrassed" by the conduct which brings him before Your Honor. This was a serious lapse in judgment.

That said, as is clear from Greg's letter, his plea, and his conduct since his arrest, this is certain to be his last interaction with the criminal justice system. Greg is extremely apologetic to law enforcement, Your Honor, his family and his friends.

While this is a significant offense, as noted below, regarding the seriousness of the offense, it is not one that requires, or demands, an incarceratory sentence.

<u>History and Characteristics of Greg McKenzie</u>

The background noted above demonstrates the caring, loving, giving, and sharing person that is Greg McKenzie. It is apparent from a lifetime of good works, and from the attestation of his family and community members that the conduct which brings Greg before Your Honor does not represent Greg's true character and worth. It does not represent who Greg is, or who he will be.

Given his lifetime devotion to his family and people in need, and the burden that would be placed upon Greg's family, a sentence of imprisonment would be greater than necessary to meet the ends of justice.

In addition, as a remorseful, 36-year-old, Greg is not likely to recidivate. A review of Greg's life and personality along with the letters of support reveals that the likelihood of him committing another crime is exceptionally low. As long as he lives, Greg will not be a criminal defendant again. A sentence of imprisonment is not needed as a means of deterrence or to protect the community from Greg. As previously noted, Greg is wholly remorseful for his conduct. He is ready, willing, and able to move on with his law-abiding life. To that end, as noted above, Greg has begun a trucking company so he can continue to support his family. Greg has already begun the process of fixing his cataclysmically moronic mistake. Such a person is extremely unlikely to recidivate.

Furthermore, research has consistently shown that while the certainty of being caught and punished has a deterrent effect, "increases in severity of punishments do not yield significant (if

any) marginal deterrent effects." Michael Tory, *Purposes and Functions of Sentencing,* 34 Crime & Just. 1, 28 (2006). "Three National Academy of Science panels . . . reached that conclusion, as has every major survey of the evidence." *Id.; see also* Zvi D. Gabbay, *Exploring the Limits of the Restorative Justice Paradigm: Restorative Justice,* 8 Cardozo J. Conflict Resol. 421, 447-448(2007) (Certainty of punishment is empirically known to be a far better deterrent than its severity). Typical of the findings on general deterrence are those of the Institute of Criminology at Cambridge University. *See* Andrew von Hirsch *et al., Criminal Deterrence and Sentence Severity: An Analysis of Recent Research* (1999), summary available at http://members.lycos.co.uldlawnet. The report, commissioned by the British Home Office, examined penalties in the United States as well as several European countries. *Id.* at 1. It examined the effects of changes to both the certainty and severity of punishment. *Id.* While significant correlations were found between the certainty of punishment and crime rates, the "correlations between sentence severity and crime rates… were not sufficient to achieve statistical significance." *Id.* at 2. The report concluded that "the studies reviewed do not provide a basis for inferring that increasing the severity of sentences is capable of enhancing deterrent effects." *Id.* at 1. Research regarding nonviolent offenders (presumably the most rational of potential offenders) found no difference in the deterrent effect of probation and that of imprisonment. *See,* Francis T. Cullen *et al., Prisons Do Not Reduce Recidivism: The High Cost of Ignoring Science,* 91 Prison J. 48S, 50S-51S (2011).

Among low-risk offenders, those who spent less time in prison were 4% less likely to recidivate than low-risk offenders who served longer sentences. Valerie Wright, *Sentencing Project, Deterrence in Criminal Justice: Evaluating Certainty v. Severity of Punishment 7* (2010), available at http://www.sentencingproject.org/doc/Deterrence%20Briefing%20.pdf. Thus, when

prison sentences are relatively short, offenders are more likely to maintain their ties to family, employers, and their community, all of which promote successful reentry into society. Id. Conversely, when prisoners serve longer sentences they are more likely to become institutionalized, lose pro-social contacts in the community, and become removed from legitimate opportunities, all of which promote recidivism. *Id.*

Greg is a remorseful, 36-year-old, who is responsible for a wife and three children and has never been previously incarcerated. For all male offenders in Criminal History Category I, the recidivism rate is 15.2%, 9.1% less than for all other men. *See Sent'g Comm'n, Recidivism and the "First Offender,"* at 13-14 (May 2004) [hereinafter *First Offender*]. Defendants also have lower recidivism rates the older they get, with the recidivism rate of those in Criminal History Category I between 36 and 40 being a low 12.1%. For defendants who are married, the recidivism rate is 9.8%, as opposed to 22.7% for those who were never married. For defendants who are employed, the rate is 12.7% as opposed to 20.6% for those who are unemployed. A combination of all of Mr. McKenzie's life circumstances and history certainly implies a much lower recidivism rate than the typical defendant. *See U.S. Sent'g Comm'n, Measuring Recidivism: The Criminal History Computation of the Federal Sentencing Guidelines,* at Ex. 9, at 28; Ex. 10, at 29 (May 2004) [hereinafter *Measuring Recidivism*].

The Commission has recognized the advisability of revising the guidelines to take age and criminal history level into account. *See First Offender* at 1-2 (identifying goal of "refin[ing] a workable 'first-offender' concept within the guideline criminal history structure"); *Measuring Recidivism* at 16 (noting that "[o]ffender age is a pertinent characteristic" that would "improve [the] predictive power of the guidelines "if incorporated into the criminal history computation").

The Commission has not implemented any such revisions to the criminal history guidelines but has recently stated that age "may be relevant" in granting a departure. USSG § 5H1.1.

In imposing the least sentence sufficient to account for the need to protect the public from further crimes of Mr. McKenzie, this Court should consider the statistically low risk of recidivism presented by Mr. McKenzie's history and characteristics. *See e.g., United States v. Darway,* 255 Fed. Appx. 68, 73 (6th Cir. 2007) (upholding downward variance on basis of defendant's first-offender status); *United States v. Hamilton,* 323 Fed. Appx. 27, 31 (2d Cir. 2009) ("the district court abused its discretion in not taking into account policy considerations with regard to age recidivism not included in the Guidelines"); *United States v. Holt,* 486 F.3d 997, 1004 (7th Cir. 2007) (affirming below-guideline sentence based on defendant's age, which made it unlikely that he would again be involved in a violent crime); *United States v. Urbina,* slip op., 2009 WL 565485, *3 (E.D. Wis. Mar. 5, 2009) (considering low risk of recidivism indicated by defendant's lack of criminal record, positive work history, and strong family ties); *United States v. Cabrera,* 567 F. Supp. 2d 271, 279 (D. Mass. 2008) (granting variance because defendants "with zero criminal history points are less likely to recidivate than all other offenders"); *Simon v. United States,* 361 F. Supp. 2d 35, 48 (E.D.N.Y. 2005) (basing variance in part on defendant's age of 50 upon release because recidivism drops substantially with age); *United States v. Ward,* 814 F. Supp. 23, 24 (ED. Va. 1993) (granting departure based on defendant's age as first-time offender since guidelines do not "account for the length of time a particular defendant refrains from criminal conduct" before committing his first offense).

Indeed, there has been a ground swell throughout the country to reduce the over-incarceration of those convicted of crimes. Even the splintered federal government's executive and legislative branches have come together, through the First Step Act, to acknowledge that low-

risk offenders such as Greg should spend considerably less time in prison. *See First Step Act of 2018*. There is a general understanding that for this population, federal prison is expensive, deleterious to their long-term health, ineffective and unnecessary punishment. As such, we respectfully submit that these sentencing factors mitigate in favor of a non-incarceratory sentence.

<u>The Need for the Sentence Imposed to Reflect the Seriousness of the Offense, to Promote Respect for the Law, to Provide Just Punishment for the Offense, to Deter Future Criminal Conduct and the Need to Avoid Unwarranted Disparities</u>

The offense Greg committed was serious – he never should have lied to law enforcement about how and where he purchased his cell phone as it was relevant to an on-going serious investigation. Greg stands convicted of this offense. To be clear, Greg does not minimize his conduct and lapse in judgment. He is remorseful and has already begun the healing process. He will suffer dozens, if not hundreds or thousands of collateral consequences from this conviction. He has lost his job. He has lost most of his pension. He lost his ability to defend this country in the Navy Reserves. His and his family's financial future is severely compromised – all because of his knee-jerk reaction to lie to federal agents. There is no doubt that this experience will be Greg's last with the criminal justice system. Placing him in prison will not benefit society in any way. This process forever has changed Greg. For almost a year, Greg has lived under the cloak of this case. It has cost him immensely – embarrassment to his family, loss of his job, his role in the military and in admitting his wrongdoing to the Court, family, and friends. Greg has lived every day since knowing he made one, serious, fateful mistake. He has worked hard over the last year to make amends for the error of his ways. No term of imprisonment will punish him more than he punishes himself. As such, a prison term would be a punishment greater than necessary to achieve these purposes of sentencing.

<u>To Protect the Public From Further Crimes of Greg McKenzie</u>

A review of Greg's current life status and personality along with the letters of support reveals that the likelihood of Greg committing another crime is exceptionally low. This is – and will be – Greg's only criminal conviction. As long as he lives, Greg will not be a criminal defendant again. This factor clearly militates in favor of probation.

Based upon all of these factors, we respectfully submit the sentence which is sufficient but not greater than necessary to achieve the goals of sentencing is a non-jail sentence to include probation.

Respectfully Submitted,

Peter Katz, Esq.

# EXHIBIT A

Greg L McKenzie

Danbury CT 06810

January 22, 2023

The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312

To The Honorable Judge P. Kevin Castel

My name is Greg Livingston Mckenzie, I am 36 years old.  First and foremost, I want to thank you for giving me the opportunity to communicate with you.

Your honor I take full responsibility for my actions. I am truly sorry and very remorseful to be appearing in front you. Words cannot explain how deeply remorseful and embarrassed I am to be in this situation.

On November 4, 2021, while being interview by law enforcements officers I was not truthful about a cell phone when asked. Your honor I was nervous and scared to be woken up by loud bangs on my door at 4am in the morning. I panicked and made very bad decisions that morning. I have never been in a situation like this before. Your honor every day I look in the mirror, I am reminded of how my action let my family down and my coworkers and my brothers at Union Lodge 40. My action had put so much stress on my grandmother she died being very disappointed in me, my situation really took a toll on her. I have lost my pension and everything I have work hard to achieved.

 Your honor I have dedicated my life to helping others, I have been working in Human Services since I left high school in 2004, I had made my focus on helping individuals with autism and development disability my priority. I have always worked hard to take care of my family. I have always maintained two jobs to make sure my children had a better life than I did. I left my parent house at age 17 to become a productive and law-abiding member of society. I am a family man; they depend on me.

Your honor, I have started a new direction in my life since I have been convicted. I started a trucking company it has been very difficult and stressful due to the restriction being placed on me due to my conviction and financial situation.  I am in the beginning process for filing for Bankruptcy I am unable to effectively pay my bills and feed my family. But as with the "Patience of Job in the bible" I will preserver under the suffering and stress that I have brough upon myself and family.

Upon making your decision at sentencing I would deeply appreciate a lenient sentence. I promise this would be my first and last time getting in trouble. I have learned a very hard lesson.  I have full respect for the court of law.

Very Respectfully

Greg L Mckenzie



Waterbury CT 06704

January 15, 2023

The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312

To The Honorable Judge P. Kevin Castel

My name is A██████████ M█████, I am 12 years old.  Thank you for the opportunity to write to you.

My father is Greg McKenzie, he is the best father in the world I know that he is in trouble. He is the perfect father when ever I am having a bad day at school he knows what to say to make it better. My father always give me everything I as for, sometimes it takes a while to get it because he always working. My father is a great role model to me and my siblings him and my mother are great friends. My father takes care of Julian who is sick and love him like his own son. My dad lost is job and is no longer in the Navy so he cannot do career day at my school no more this made me very sad. My father started a truck driving job but he got into a accident and its hard for him to find work.

My father is a great man I hope you give and a second chance and please do not send him to jail. I know he is sorry, and I know he will not get in trouble again.  Thank you.



January 21, 2023

Hon P. Kevin Castel
500 Pearl Street
New York, N.Y., 10007-1312

Re:  Character Letter for **Greg McKenzie**

Dear sir:

We have known Greg McKenzie since 2014. Greg has worked as an assistant at our home in New Canaan for our son, Julian, who has special needs, for several hours each day during weekdays and weekends.

Greg takes Julian in the community (supermarkets, shopping, haircuts, post office, etc.) to help Julian become comfortable in these situations. One of these activities is to go to Costco or BJs to buy supplies for vending machines that Julian stocks on a weekly basis.  Greg assists Julian in choosing the supplies and paying for them with a debit card, and taking the supplies to the vending machine locations to properly put the supplies in the right places in the machines.

Greg has always showed a high level of care and responsibility for our son, ensuring the he was always safe in the community. Our son has developed a strong relationship with Greg because Greg is attentive to Julian's needs and requirements and always aware and able to manage changes in his behavior that may make community outings difficult. Greg is cheerful, patient, courteous with our son treating him like an adult. He is dependable, and reliable, always being on time to perform his functions.

Julian enjoys his time with Greg and every day asks to see him. This is because Greg is aware of his needs and always comes up with meaningful and fun activities to keep Julian engaged and successfully participating in the community. Greg has demonstrated the type of character needed in those who care for adults with special needs.

Should you have any questions, please contact us.

Sincerely

Ramiro and Victoria Muñoz

New Canaan, CT 06840

Cherise S. Hernandez

East Hartford CT 06108

Friday, December 16th, 2022

Honorable P. Kevin Castel
500 Pearl Street
New York, NY 10007

RE: Greg McKenzie

To Honorable P. Kevin Castel

My name is Cherise Hernandez. I am a Senior Department Assistant at Health Management Systems, Inc/Gainwell Technologies working with State of Connecticut Government Medicaid Program. I have been working in the insurance/healthcare field for about 12 years.

I am writing this letter on behalf of Greg McKenzie, whom I have known for over 10 years. He is my partner and father to our daughter Daniella that we share together as well as a father to his sons from a previous relationship. I would like to explain a little about the type of person Greg was and still is for time that I have known him. Greg is a family man, motivator, and a very hard-working individual. Greg has always strived to build his career to achieve the American dream. He has always push himself beyond limits/boundaries achieving his college degrees and becoming a Mental Health Chemical Addiction Counselor right after college. But this was not enough for him and continued to grow up the ladder where he went through a rigorous time obtaining the opportunity to become DOJ Correctional Officer, joining the Navy, and has accomplished starting his own trucking company 926 Logistics, LLC. Greg has always gone over and beyond for his career. At times the dedication he has for his employment and duties leaving his family for long periods of time, missing important holidays, and milestones.

Greg is an inspiration to his children and me, always pushing us to be our better selves. He has gotten me through some hard times where I wanted to give up. I will never forget that Greg has been by myside through the toughest time when my father was diagnosed with lung cancer and loss his life. At the age of 19 when I first met Greg, he has always pushed me to get my driver's license, go to college, and achieve employment opportunites. His children admire him for all his successes and plays an important part of their everyday lives in school and sports. Greg wanted to start his trucking company to be able to be there more with his family and have a family business where his children can continue his legacy.

Please take into consideration, while making your decision, that Greg is very hard working and an inspiration to his family. Greg is very heavily involved not only with his children but with his entire family. As his partner, I will always do whatever I can to be there for him and help him. Thank you for taking your time.


Sincerely,

*Cherise S. Hernandez*

Cherise S. Hernandez

Jodie Ann Chang

████████████

Danbury, CT 06810

January 20, 2023

The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312

The Honorable P. Kevin Castel

Dear Honorable Judge Castel

It is with great enthusiasm that I'm writing this letter to ask for your lenience on behalf of Mr. Greg McKenzie, my husband friend and child father.

Greg McKenzie and I were married in 2018. Our marriage is blessed with one son Greyson. Throughout our marriage, Greg is the caregiver, responsible father for his two sons and a great husband.

I have known my husband since our childhood because we lived in the same country as children before he migrated to the United States. At all times, I've known my husband to be a trustworthy, caring and devoted friend and husband. He is a very hardworking person. He is well known for being a person of good character, a respectable husband and parent, and a trustworthy community member.  He has given his life to working hard and to contribute to Union lodge 40 which he stop attending meetings because he is so embarrassed. His mason brothers have been trying to reassure him that life will get better one day.

Greg is very remorseful and ashamed of this situation. Greg has requested that no one in the family should come to court during these proceedings because he take full responsibility and don't want to put us through the pain of seen him in this situation. Greg has lost everything he had work so hard to achieved, I feel so helpless. He finally started driving is own truck after months of trying to get the business up and running and within two weeks someone hit his trailer and give him another major setback.

I am not familiar with the side of the man that stands before you. I understand that justice must be served, and punishment must be dispensed. I ask that the court temper it's decision, and that it be predicated not only on what Greg has been accused of, but also what he has done in the past to better his community, and the positive aspects of what he will do in the future.

Thank you
Jodie Ann Chang

Lissette Mckenzie



Newburgh, NY 12550

January 22, 2023

The Honorable P. Kevin Castel
500 Pearl St
New York, NY 10007

Dear Hon P. Kevin Castel,

I am writing to you on behalf of my brother Greg McKenzie, I'm his second eldest sister Lissette a nurse for 14 years. I would like to express my thoughts on the positive he has on my family and other people around him.  Greg and I along with my parents and other siblings migrated here from Jamaica in 1999. He has always been one to evoke positive on people or any situation.  He graduated middle school, high school and has since then been in a job from a young age where he'd take the responsibility of providing for himself, his spouse and extended family.  He started in a group home  as a caregiver and mentor, he then worked at the post office for a period where customers looked forward to working with him because of his jovial and positive intellect, he then advanced to corrections where he wanted to excel and do more if he was given the opportunity as he did apply for various positions within.  Greg has two sons Aidan who's 12 and a terrific student who has been placed on the honor role at his school he's a A student who depends on his dad for moral support, emotional support and financial support. I remember us coming through the airport in March 2022 after our grandmother's funeral, Greg was pulled in the airport by the immigration officer when and Aidan saw that his Dad was being taken to another room he immediately became nervous he couldn't speak and he started crying hysterically asking for his dad and questioning why they wanted to talk to him, when they let Greg out the room I've never seen such relief and happiness on a child's face after being stressed for less than 30 mins. Grayson will be 4 years old on May 1st, he's such an amazing child that has been with his Dad since birth and he relies in his dad as well for financial, emotional and academic support as Greg is the parent that makes certain he gets into a good school and maintain his attendance, Grayson adores his Dad and is always looking forward to watching soccer with him and playing in the yard at times. These two boys depend on their Dad for everything and though Greg loss his job with corrections that did not stop him from pursuing his own trucking company and driving long hours to ensure he can provide for them, Greg does not give up, this is a hard time for him as he's not sure of his faith in the justice system, all I ask of you Honorable P. Kevin Castel is to consider your final decision Greg is an asset to the family and is needed for support because he continuously tries to excel for his family while under immense pressure and he continues to have a positive outlook even though deep down I know he's entirely stressed. Greg is my eldest brother, my nephew's Dad and a

husband, please allow him to continue being all the support he needs to be for his family especially his two young boys, I truly hope he won't be taken away from his boys because I know that would have a detrimental effect on their growth,  They truly need him around to pick them up from school, prepare meals, sing and dance for them to keep them smiling and enjoy time together.

I appreciate the time you took to read this letter as I know you have a busy schedule.

Sincerely
Lissette Mckenzie

Tiffany McKenzie

█████████

Newburgh Ny 12550

01/22/23

The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312

Re: Greg McKenzie

To: Honorable Judge Castel

I have known Greg for over 35 years as he is the oldest of my two brothers. Greg, from as far as I can remember, has always been the protector of me and my sister even though I am the eldest of all my siblings. My parents would describe him as the little-man due to these caring and protective traits. Some of which he carried over into his adult years. Greg is the brother I can call on for anything technical whether its financial advice, mechanical issues with my vehicle and how to make certain decisions that can create better outcomes. Having a military background does endorse some of his character and attribute is always very disciplined and focused on whatever he puts his mind to in achieving his goals. He is truly an industrious person. He has always been an upright character in the community and people he serves both as a member of the navy and caretaker. Greg is also very family oriented and loves kids. My daughter who is 3 years old, describes him as her favorite uncle because of his playful, jovial, and caring ways. Greg is not only my brother but also that shoulder I can lean on for simply anything. It is my hope that the court will take this into consideration. Despite the current case I believe that Greg is a law-abiding individual and great human being. I understand the gravity of this matter and truly hope the court will show some leniency regarding this case.

Sincerely ,

Tiffany McKenzie

Anastacia Woolcock



January 19, 2023

The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312

Greetings Honorable Judge P. Kevin Castel,

My name is Anastacia Woolcock, and I'm a Director of Housing for nonprofit agency, I am pleased to write this character reference in support for Greg McKenzie, the father of my son Aidan McKenzie. I have had the pleasure of knowing Greg for over 20 years. Although we are separated, he is a reliable father and a great friend. I have found him to be an extremely goal oriented and self-motivated individual. He is hard working and great provider always willing to work overtime to provider for his family. He very ambitious and determined to never give up on his dreams of being a successful in life.

He's already actively working on rehabilitating himself but completing HVAC course and CDL to continue being a productive member of society to better his life in a positive manner. I have no doubts about his abilities to succeed in the future. Greg shows a positive attitude which makes him a valuable member of our society despite this circumstance.

Greg is very passionate about helping others but one of his major strengths is his ability to always focus on the positive while motivating himself to work hard towards his goals, despite current hardships and barriers.

During the years of knowing Greg has displayed tremendous growth over the years. I have no doubt that he will succeed in his forthcoming endeavors while being a productive member of society.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate decision. I understand the seriousness of this situation. I hope that the court will be able to take my letter when determining the outcome of this case.

Thank you,

Anastacia Woolcock, MPA
Director of Housing
████████████████
Waterbury, CT 06710

Joseph Mckenzie

██████████

Newburgh NY
12550


The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312


To The Honorable Judge P. Kevin Castel

Dear Judge Castel


My Name is Joseph Nathaniel McKenzie and I am writing this letter on behalf of my older brother Greg McKenzie. For as long as I can remember my brother has been an oracle of knowledge in many facets. He's been an over watcher of sorts in my development, setting an example for me by being a hard worker from the days of him working at Anderson School when I was very young, to being my guide in joining the Navy, and even through today in motivating me to get my CDL and experience true independence. Greg is a Family man first and would never do anything to jeopardize what not only he has worked for, but what my mother and father have worked so hard to give their children and grandchildren as a whole. Please, if you can find it in your heart to have leniency on him as he is a truly good-natured person and a true model American citizen who only wants to do good and help people with his time on earth.


,Joseph Mckenzie

Eunis Mckenzie

█████████████

Snellville GA 30078


January 19, 2023


The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312

To The Honorable Judge P. Kevin Castel

My name is Eunis Livingston Mckenzie I am the father of Greg Livingston Mckenzie.

I am writing this letter regarding Greg McKenzie. Greg is the third of my four (4) kids and the eldest of two boys. He migrated from Jamaica to the United States during his high school years and completed his school education at Poughkeepsie High School in upstate New York. He started working with kids at Anderson school, straight out of high school and had never been out of a job for any notable period. Greg enjoyed working with kids, where he had the opportunity to be a mentor for many. He was also a mentor for his younger brother, Joseph. He has been a solid support system for his two older sisters. When he went to the military, he encouraged his younger brother to serve as well and he too joined, even though he did not succeed in continuing. Records should show that, with the exception of, probably, traffic tickets, Greg had never been in trouble with the law, as far as I know. He has always worked, always believed in working for whatever he wanted and has always strived to be a good accomplished human being. Greg is the married father of two (2) young sons, Aidan, who is an "A" student and his younger brother Greyson. He also plays a father figure role in Daniella Hernandez life for the past 8 years.

Greg is very remorseful and hurt about this situation, whenever the topic comes up I can how deeply embarrassed and hurt he is about is actions.  Greg is a man of God and very devoted free Mason and believes in making a good man better.


In light of the aforesaid I am asking for your leniency in your decision regarding the case against him. Thank you


Yours Truly

E Mckenzie

Debbie Mckenzie

████████████

Hackensack NJ 07601

The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312

To The Honorable Judge P. Kevin Castel

I have known Greg McKenzie all his life over 30yrs. We are cousin Greg is dedicated to work and his 2 sons.  He loves his children dealer and always finding ways to provide for them.  While working at the post office he saw a way to make more and eventually change jobs going into corrections as well joining the military so he could provide for his family and his kids future.

 He has always been a stand-up person who goes above and beyond for those around him. His rigid nature of selflessness is one of his most notable traits.

He has always been dependable, courteous, honest and responsible. Because of his jovial nature and vibrant personality lights up the darkest room. He is a people person and seem to get along with everyone.

I am asking for leniency on sentencing.


Sincerely
Debbie McKenzie

Ann Mckenzie

Newburgh NY
12550


The Honorable P. Kevin Castel
United State Judge Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11D
New York, NY 10007-1312


To The Honorable Judge P. Kevin Castel


Greetings Your Honor

Good day and thanks for your precious time.

My son Greg Mckenzie good kind and loving person ready to help the helpless. Always trying to solve the toughest problems. If I have a problem I call Greg, if my head hurts I call Greg, if my car giving me problems I call Greg, if I need to make a decision I call Greg. His other three siblings always look up to him for advice. He is a hard-working person always on the go and very determined to achieve his objectives.  His grandmother died heartbroken over this situation.



Considering your decision, I do ask for your leniency towards my son Greg. God bless you.


With Thanks,
Ann Mc Kenzie